# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 16, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155759(73)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

CHARLES DAMON JONES,
      Defendant-Appellee.

_____/

SC: 155759
COA: 324384
Wayne CC: 12-000948-FC

      On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing his answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before June 29, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 16, 2017



Clerk